# Court of Appeals
# of the State of Georgia

ATLANTA,____July 08, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1022.  HAMM v. KIDD et al.

Appellant Earl Hamm has filed a motion to withdraw appeal, stating that settlement agreements have been reached. Hamm states further that he "moves to withdraw the present Appeal in its entirety, with no matter being left before the Court."

Upon consideration of said motion, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____07/08/2015____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*